UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                                      JS-6

| Case No. | CV 24-9455-AH(PDx) | Date | MARCH 18, 2025 |
|---|---|---|---|

| Title | Peter McCoy Construction v. Navigators Specialty Insurance Company et al |
|---|---|

Present: The Honorable   ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**      ___ In Court      _X_ In Chambers      _X_ Counsel Notified

The case is ordered closed pursuant to the Stipulation to dismissal filed on March 13, 2025 [22].

All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties

CV-90 (12/02)        **CIVIL MINUTES - GENERAL**                                Initials of Deputy Clerk YS