# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MCCOY CONSTRUCTION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York Corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 2:24-cv-09455-AH-MAAx<br>Hon. Maria A. Audero<br>Courtroom 880, 8th Floor<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE  [24]  [JS-6]**<br><br>Action Filed:   September 13, 2024<br>Trial Date:       Not yet set |

Pursuant to the Stipulation for Dismissal [22] of Action with Prejudice ("Stipulation") filed by Plaintiff Peter McCoy Construction ("Plaintiff") and Defendant Navigators Specialty Insurance Company ("Defendant") (Plaintiff and Defendant collectively referred to as "Parties"), the Court hereby finds as follows:

## RECITALS

1.   On September 13, 2024, Plaintiff filed its Complaint for Damages for: (1) Breach of Contract; and (2) Tortious Breach of the Implied Covenant of Good Faith and Fair Dealing ("Complaint") in Los Angeles County Superior Court.

/ / /

1. 2. On November 1, 2024, Defendant removed the action to federal court. [Doc. 1.]

2. 3. On November 22, 2024, Defendant filed its Answer to Plaintiff's Complaint.

3. 4. Following the execution of a Confidential Settlement Agreement and Release that resolves all disputes between the Parties, Plaintiff has agreed to voluntarily dismiss this action with prejudice, each side to bear its own fees and costs.

## ORDER

Based upon the above Recitals and the Stipulation, the Court hereby dismisses this action with prejudice with each side to bear their own fees and costs in connection with this action.

IT IS SO ORDERED.

DATED: March 18, 2025

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE